

# In the Missouri Court of Appeals
# Eastern District

SEPTEMBER 2, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99475    STATE OF MISSOURI, RES V QUENTIN E. WALKER, APP

2.  ED99633 STATE OF MISSOURI, RES V JOHN MARSHALL, APP

3.  ED99917 STATE OF MISSOURI, RES V DORIAN ALEXANDER, APP

4.  ED100081 LARON SWOPES, APP V STATE OF MISSOURI, RES

5.  ED100192 STATE OF MISSOURI, RES V KINDRO OVERTON, APP

6.  ED100338 STATE OF MISSOURI, RES V DOMINIC HAMPTIOL, APP

7.  ED100410 ANDREW R. BAKER, RES V. JESSICA L. BAKER, APP

8.  ED100515 CINDY I. YOUNG, APP V STATE OF MISSOURI, RES

9.  ED100892 NANCY MOZEE, APP V ST LUKES HOSPITAL & DES, RES

10. ED101223 IN THE INTEREST OF:  B.K.H. AND B.L.A.H.


## CORRECTION(S):

1.  ED100133    STATE OF MISSOURI, RES V TIM WASHINGTON, APP

2.  ED100371 SCHECK IND. CORP., APP V. TARLTON CORP, ET AL, RES

3.  ED101045 STATE OF MISSOURI, RES V KEITH SCHRAMEYER, APP